Charles H. Dobbins and Milwaukee Insurance Company of Milwaukee, Wisconsin, Plaintiffs-Appellants, v. William Beachler, State Farm Mutual Automobile Insurance Company, and Albert Tomblin, Defendants (State Farm Mutual Automobile Insurance Company), Appellee.

Gen. No. 64–8.

Third District.

March 26, 1964.

Cassidy & Cassidy, of Peoria, for appellants; Miller, Westervelt & Johnson, of Peoria (David A. Nicoll and Robert D. Jackson, of counsel), for State Farm Mut. Automobile Ins. Co., appellee.
Opinion by JUDGE SCHEINEMAN. Not to be published in full.